# EXHIBIT B

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY | FILED |
|---|---|---|---|
| Jimmy D. Davis Jr. et al vs. Meghan A. Dwyer et al | Electronic Filing Notice | | 02-28-2017 |
| | Case No. 2017CV001662<br>Class Code: Intentional Tort | | John Barrett<br>Clerk of Circuit Court<br>2017CV001662<br>Honorable Clare L.<br>Fiorenza-03<br>Branch 03 |

MEGHAN A. DWYER
6240 N. NAVAJO AVENUE
CHICAGO IL 60646-4123

Case number 2017CV001662 was electronically filed with/converted by the Milwaukee County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 1c336d**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120 .

BY THE COURT:

Electronically signed by John Barrett
Clerk of Circuit Court

02-28-2017
Date

GF-180(CCAP), 02/2010 Electronic Filing Notice §801.17(5)(b), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:17-cv-00561-LA   Filed 04/19/17   Page 2 of 7   Document 1-2

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY | |
|---|---|---|---|
| Jimmy D. Davis Jr. et al vs. Meghan A. Dwyer et al | | **Electronic Filing Notice** | FILED<br>02-28-2017<br>John Barrett<br>Clerk of Circuit Court<br>2017CV001662<br>Honorable Clare L.<br>Fiorenza-03<br>Branch 03 |
| | Case No. 2017CV001662<br>Class Code: Intentional Tort | | |

TRIBUNE MEDIA COMPANY
6TH FLOOR
435 NORTH MICHIGAN AVENUE
CHICAGO IL 60611

Case number 2017CV001662 was electronically filed with/converted by the Milwaukee County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 1c336d**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120 .

BY THE COURT:

Electronically signed by John Barrett
Clerk of Circuit Court

02-28-2017
Date

GF-180(CCAP), 02/2010 Electronic Filing Notice §801.17(5)(b), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:17-cv-00561-LA   Filed 04/19/17   Page 3 of 7   Document 1-2

AFFIDAVIT OF SPECIAL PROCESS SERVER     17-030467
STATE OF WISCONSIN     COUNTY OF MILWAUKEE

JIMMY D DAVIS, JR ET AL

VS                                CASE NO.2017 CV 001662

MEGHAN A DWYER ET AL

JEROME PAUL          Being first duly sworn on oath deposes and says that he is over the age of 21, not a party in this action and authorized to serve process in this matter. Illinois Registration No: 129-374621.

That he served the within    SUMMONS
                             COMPLAINT

On the within named Defendant, TRIBUNE MEDIA COMPANY

by leaving the above mentioned document(s) with,
TANYA LAWRENCE, CORPORATE LEGAL
who is authorized to accept service of these documents on 03/21/2017, and informing that person of the contents thereof.

The Sex Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:      FEMALE              Height: 5'05"
Race:     BLACK               Weight: 150
Age:      40

The place and time of day where the documents were served was as follows:
Place:    435 N MICHIGAN AVE 6TH FLR
          CHICAGO, IL 60611

Time:     10:15AM
********************************************************************************
Signed and Sworn to Before Me
This 23th Day of MARCH 2017.

OFFICIAL SEAL
ANA A ZIEMANN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Feb 3, 2020

Notary Public                                    Process Server

AFFIDAVIT OF SPECIAL PROCESS SERVER

FILED
03-28-2017
John Barrett
Clerk of Circuit Court
2017CV001662

17-030466

COUNTY OF MILWAUKEE
STATE OF WISCONSIN

JIMMY D DAVIS, JR ET AL

VS

CASE NO.2017 CV 001662

MEGHAN A DWYER ET AL

JEROME PAUL   Being first duly sworn on oath deposes and says that he is not a party to this action and is authorized to serve Process in the State of ILLINOIS .

That he served the within   SUMMONS
COMPLAINT

By leaving a copy with the within named Defendant
MEGHAN A DWYER
personally on 03/23/2017.

***********************************************************************
The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:        FEMALE              5'08"

Race:       WHITE               130

Age:        45

The place and time of day where the documents were served was as follows:

Place:      6240 N NAVAJO AVE
            CHICAGO, IL 60646

Time:       4:55PM

***********************************************************************
Signed and Sworn To Before me this 24th day of March 2017.

OFFICIAL SEAL
ANA A ZIEMANN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Feb 3, 2020

Notary

Process Server 129-374621

FILED
04-17-2017
John Barrett
Clerk of Circuit Court
2017CV001662

| STATE OF WISCONSIN | CIRCUIT COURT<br>BRANCH 3 | MILWAUKEE COUNTY |
|---|---|---|

JIMMY D. DAVIS, JR. and
JD DAVIS FUNERAL HOME, LLC,

        Plaintiffs,

v.                                      Case No. 17-cv-1662

MEGHAN A. DWYER and
TRIBUNE MEDIA COMPANY,

        Defendants.

## NOTICE OF RETAINER

PLEASE TAKE NOTICE that the law firm of Godfrey & Kahn, S.C., by Daniel T. Flaherty, James A. Friedman, and Dustin B. Brown, has been retained to represent defendants Meghan A. Dwyer and Tribune Media Company in the above-captioned action. Copies of all future documents should be served upon the undersigned counsel at the address and/or email listed below.

Dated: April 17th, 2017.

                Respectfully submitted,

*Electronically Signed by Dustin B. Brown*
Daniel T. Flaherty (#1011357)
James A. Friedman (#1020756)
Dustin B. Brown (#1086277)
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
dflaherty@gklaw.com

jfriedman@gklaw.com
dbrown@gklaw.com

*Attorneys for Defendants Meghan A. Dwyer and Tribune Media Company*

17078253.1